Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff,
Jose Trujillo

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>                Plaintiff,<br><br>        vs.<br><br>GODINEZ FAMILY CORPORATION dba LOS CUATES MEAT MARKET; JOSE GODINEZ YEPEZ; JUAN GODINEZ;<br><br>                Defendants. | No.  5:16-cv-06993-BLF<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

1  **IT IS HEREBY STIPULATED** by and between Plaintiff Jose Trujillo and
2  Defendants, Godinez Family Corporation dba Los Cuates Meat Market; Jose Godinez Yepez;
3  and Juan Godinez, the parties to this action, that pursuant to Federal Rule of Civil Procedure
4  41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each
5  party is to bear its own attorneys' fees and costs.

7  Dated: March 3, 2017                MISSION LAW FIRM, A.P.C.

9                                      */s/ Tanya E. Moore*
                                       Tanya E. Moore
10                                     Attorneys for Plaintiff,
                                       Jose Trujillo

12 Dated: March 3, 2017                ALVARENGA LAW

14                                     */s/ Dania M. Alvarenga*
                                       Dania M. Alvarenga
15                                     Attorney for Defendants,
16                                     Godinez Family Corporation dba Los Cuates
                                       Meat Market; Jose Godinez Yepez;
17                                     and Juan Godinez